UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>VENG K. LY<br>Defendant | CIVIL NO. 16-04462<br><br>FILED<br>OCT 2 7 2016<br>LUCY V. CHIN, Interim Clerk<br>By _____ Dep. Clerk |

### CONSENT JUDGMENT

AND NOW, this 27th day of October, 2016, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against VENG K. LY, as follows:

| | | |
|---|---|---|
| Principal | - | $2,902.00 |
| Interest at the rate of 3.12% | - | $997.48 |
| Total Due as of 10/4/2016 | - | $3,899.48 |

with interest thereafter at the legal rate.

BY THE COURT:

*Robert F. Kelly*
**United States District Court Judge**